**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dorothy Connolly Mraz<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 16-15146 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3469

                      Respectfully submitted,

                      **/s/Joshua I. Goldman, Esquire**
                      Joshua I. Goldman, Esquire
                      Thomas Puleo, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406