**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Dorothy Connolly Mraz | : | Chapter 13 |
| | : | |
| | : | Case No. 16-15146 mdc |
| Debtor(s) | : | |

**ORDER EXTENDING THE TIME TO FILE TO FILE CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(c), 3015 AND LOCAL RULE 9014-2**

**NOW**, this  3rd  day of   August  , 2016, it is **ORDERED** that:

1.      The Debtor's Motion to Enlarge the Time, pursuant to F.R.B.P. 1007(c), 3015 and Local Rule 9014-2, to file her Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan pursuant to Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2 is hereby **GRANTED.**

2.     The deadline to file Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan is hereby extended until **August 19, 2016**.

BY THE COURT

_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge

Dorothy Connolly Mraz
9 Woodchuck Way
Kennett Square, PA 19348

William C. Miller, Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19106-0119
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
Counsel for Debtor