United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dorothy Connolly Mraz  
      Debtor

Case No. 16-15146-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 03, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.  
db         +Dorothy Connolly Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MICHAEL G. DEEGAN    on behalf of Debtor Dorothy Connolly Mraz mgdeegan@comcast.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                       TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Dorothy Connolly Mraz | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No. 16-15146 mdc |
| Debtor(s) | : | |
| | : | |

**ORDER EXTENDING THE TIME TO FILE TO FILE CHAPTER 13 SCHEDULES
AND OTHER DOCUMENTS PURSUANT TO FEDERAL RULES OF BANKRUPTCY
PROCEDURE 1007(c), 3015 AND LOCAL RULE 9014-2**

**NOW**, this  3rd  day of  August , 2016, it is **ORDERED** that:

1.    The Debtor's Motion to Enlarge the Time, pursuant to F.R.B.P. 1007(c), 3015 and Local Rule 9014-2, to file her Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan pursuant to Rules 1007(c) and 3015 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2 is hereby **GRANTED.**

2. The deadline to file Chapter 13 schedules, Statement of Financial Affairs, payment advices, Statement of Current Monthly Income, Schedules A-J, Summary of Schedules, Statistical Summary of Certain Liabilities, Attorney Disclosure Statement and Chapter 13 plan is hereby extended until **August 19, 2016**.

BY THE COURT

_____
MAGDELINE D. COLEMAN
United States Bankruptcy Judge

Dorothy Connolly Mraz
9 Woodchuck Way
Kennett Square, PA 19348

William C. Miller, Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19106-0119
(electronically)

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(electronically)

Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
Counsel for Debtor