IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| DOROTHY CONNOLLY MRAZ, | : CASE NO. 16-BK-15146-MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : November 3, 2016 @ 9:30 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| DOROTHY CONNOLLY MRAZ, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 22 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Proposed Chapter 13 Plan, on the parties at the below addresses, on September 21, 2016 by:

**16-BK-15146-MDC Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Michael G. Deegan at mgdeegan@comcast.net

Joshua Isaac Goldman at bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

**16-BK-15146-MDC Notice will not be electronically mailed to:**

EXECUTED ON:  September 22, 2016

                                       Respectfully submitted by,

By: _____

Jonathan W. Chatham
Counsel
Office of Chief Counsel
PA Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. 209683
(717) 346-4640
Facsimile (717) 772-1459
jchatham@pa.gov