# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EPA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  FREDERICK P MRAZ <br>                             Debtor <br><br> M&T Bank, its successors and/or assigns <br>                             Moving Party <br>      vs. <br><br> FREDERICK P MRAZ <br>                             Debtor <br><br> William C. Miller Esq. <br>                             Trustee | CHAPTER 13 <br><br><br> NO. 16-15146 MDC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **1/19/2017 Docket No. 36**.

                                                      Respectfully submitted,

                                                      **/s/ Denise Carlon, Esquire**
                                                      Denise Carlon, Esquire
                                                      Thomas Puleo, Esquire
                                                      Attorneys for Movant/Applicant
                                                      KML Law Group, P.C.
                                                      Main Number: (215) 627-1322

January 25, 2017