## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dorothy Connolly Mraz
        Debtor

M&T Bank, its successors and/or assigns
        Moving Party
   vs.

Dorothy Connolly Mraz
        Debtor

William C. Miller
        Trustee

CHAPTER 13

NO. 16-15146 MDC

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **9/13/2016, Docket No. 21**.

        Respectfully submitted,

        **/s/ Denise Carlon, Esquire**
        Denise Carlon, Esquire
        Thomas Puleo, Esquire
        Attorneys for Movant/Applicant
        KML Law Group, P.C.
        Main Number: (215) 627-1322

January 26, 2017