### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Dorothy Connolly Mraz

     Debtor(s)                 Case No: 16−15146−mdc

                                     Chapter: 13

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default

on: 6/8/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/8/17

Timothy B. McGrath
Clerk of Court