United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15146-mdc
Dorothy Connolly Mraz                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jun 09, 2017
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
```
db            +Dorothy Connolly Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353
13763181      +Ditech Financial,    7340 S. Kyrene Road,    Tempe, AZ 85283-4573
13845184      +Ditech Financial LLC,    2100 East Elliot Rd., Bldg. 94,    Recovery Dept - T120,
               Tempe, AZ 85284-1806
13763182      +KML Law Group,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
13794768      +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13807297      +VW Credit Inc. dba Volkswagen Credit,    PO Box 9013,    Addison, Texas 75001-9013
13763186      +Volkswagen Credit,    PO Box 9013,    Addison, TX 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 10 2017 01:14:45     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 10 2017 01:14:29     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13777919       E-mail/Text: camanagement@mtb.com Jun 10 2017 01:13:26     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
13763185       E-mail/Text: camanagement@mtb.com Jun 10 2017 01:13:26     M&T Bank,    PO Box 1288,
               Buffalo, NY 14240
13763184       E-mail/Text: camanagement@mtb.com Jun 10 2017 01:13:26     M&T Bank,    PO Box 1345,
               Buffalo, NY 14240
13763183       E-mail/Text: camanagement@mtb.com Jun 10 2017 01:13:26     M&T Bank,    One Fountain Plaza,
               Buffalo, NY 14203
13778515       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2017 01:13:51
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13763187       E-mail/Text: vci.bkcy@vwcredit.com Jun 10 2017 01:14:17     Volkswagen Credit,    PO Box 3,
               Hillsboro, OR 97123-0003
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Dorothy Connolly Mraz mgdeegan@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dorothy Mraz | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 16-15146 mdc |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days o the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

Date: 6/8/17

MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE.