# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dorothy Mraz | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Case No. 16-15146 mdc |

## CERTIFICATE OF SERVICE

I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the Court's Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses to be served via first class mail, postage prepaid, and or electronic means on the parties listed below:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106
electronically

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107
electronically

Dorothy Mraz
9 Woodchuck Way
Kennett Square, PA 19348

All Parties in interest


Date:  06/12/17                               /s/ Michael G. Deegan
                                              Michael G. Deegan, Esquire
                                              134 West King Street
                                              Malvern, PA 19355
                                              (610) 251-9160
                                              (610) 251-0205 - Fax
                                              Counsel for Debtor