# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Dorothy Mraz         :         Chapter 13
                             :
        Debtor(s)            :
                             :
                             :         Case No. 16-15146 mdc
                             :
                             :

## CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND ORDER APPROVING THE APPLICATION FOR COMPENSATION

Pursuant to Judge Magdeline D. Coleman's Order dated June 8, 2017, I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1. If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by first class mail, postage prepaid on the following persons, and the Debtor on the date set forth below:

    William C. Miller, Trustee
    P.O. Box 40119
    Philadelphia, PA 19106

    Office of the United States Trustee
    833 Chestnut Street
    Philadelphia, PA 19107

    Dorothy Mraz
    9 Woodchuck Way
    Kennett Square, PA 19348

2. I served a copy of the Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses Notice of Application on all interested parties by first class mail, postage prepaid on June 12, 2017.

3. I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

4. No objection to the proposed compensation has been filed or served upon me since the

    date of service.

5.    No other Applications for Administrative Expenses have been filed or served upon me.

    WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service:    June 12, 2017

Date:  07/06/17                      /s/ Michael G. Deegan
                                          Michael G. Deegan, Esquire
                                          134 West King Street
                                          Malvern, PA 19355
                                          (610) 251-9160
                                          (610) 251-0205 - Fax
                                          Counsel for Debtor